HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
P: 916-498-5700/F: 916-498-5710
Linda_Harter @fd.org

Attorney for Defendant
MICHELINE RENEE GAGNON-TIPTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  MICHELINE RENEE GAGNON-TIPTON,  Defendant. | NO. 2:22-cr-00220-KJN  **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**  DATE: February 15, 2023  TIME: 9:00 AM  JUDGE: KENDALL J. NEWMAN |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney Heiko Coppola, Etan Zaitsu attorney for defendant, Jeffery Alan Wasson and Assistant Federal Defender Linda C. Allison attorney for defendant, Micheline Renee Gagnon-Tipton, that the status conference currently set for February 15, 2023 be continued to March 15, 2023 at 9:00 a.m. and to exclude time under the Speedy Trial Act.

Defense counsel requests additional time for further investigation, to review of discovery, and otherwise prepare for trial.

The parties agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial.

Additionally, the parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from February 15, 2023 through March 15, 2023, for defense preparation and investigation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

Dated:  February 10, 2023               Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Linda C. Allison
                                        LINDA C. ALLISON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MICHELINE RENEE GAGNON-TIPTON

Dated: February 10, 2023                /s/ Etan Zaitsu
                                        ETAN ZAITSU
                                        Attorney for JEFFERY ALAN WASSON

Dated:  February 10, 2023               PHILLIP A. TALBERT
                                        United States Attorney

                                        /s/ Heiko Coppola
                                        HEIKO COPPOLA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

**O R D E R**

The Court orders that the time between February 15, 2023, up to and including March 15, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and Local Code T-4 [reasonable time for counsel to prepare]. It is further ordered that the February 15, 2023 status conference shall be continued until March 15, 2023 at 9:00 a.m.

Dated: February 13, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE