HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
P: 916-498-5700/F: 916-498-5710
Linda_Harter @fd.org

Attorney for Defendant
MICHELINE RENEE GAGNON-TIPTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:22-cr-00220-KJN |
|---|---|
| Plaintiff, | ) **MOTION TO TERMINATE COURT** |
| | ) **ORDERED PROBATION AND ORDER** |
| v. | ) |
| MICHELINE RENEE GAGNON-TIPTON, | ) |
| Defendant. | ) |

On April 5, 2023 this Court sentenced Ms. Gagnon-Tipton to a term of court probation. She was also ordered to pay $35,486.43 in restitution, a $500- fine and a special assessment of $25-. The Court indicated that probation could terminate upon payment in full of all of her financial obligations relating to this case. Ms. Gagnon-Tipton delivered a check to the clerk's office for the total amount of Restitution, Fine and Special Assessment on April 18, 2023. Counsel confirmed that on May 8, 2023 with the clerk's office. The defense respectfully requests that this Court terminate probation at this time.

Dated: May 9, 2023                              Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                */s/ Linda C. Harter*
                                                LINDA C. HARTER
                                                Assistant Federal Defender
                                                Attorney for Defendant MICHELINE RENEE
                                                GAGNON-TIPTON

**O R D E R**

IT IS SO ORDERED.

Dated: May 9, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE